FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2022

No. 04-22-00076-CV

**IN THE INTEREST OF J.R.R., A CHILD**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 20-2771-CV-C
Honorable Thomas Nathaniel Stuckey, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. Tex. R. Jud. Admin. 6.2. The notice of appeal was filed on February 7, 2022. Therefore, this appeal must be disposed of by August 6, 2022.

Appellant's brief is due March 16, 2022. On March 3, 2022, appellant filed a "Motion to Abate Appeal and Remand to Trial Court for Entry of Findings of Fact and Conclusions of Law." The trial court signed an "Order of Termination" on February 7, 2022. Appellant timely filed his request for findings of fact and conclusions of law on February 8, 2022 and filed his notice of past due findings of fact and conclusions of law on March 1, 2022. Appellant asserts he cannot complete his brief without the findings of fact and conclusions of law.

Accordingly, we GRANT the motion. We ABATE this appeal and REMAND it to the trial court with orders to file its findings of fact of conclusions of law **no later than March 14, 2022**.

It is FURTHER ORDERED that the trial court clerk prepare and file a supplemental clerk's record containing the trial court's findings of fact and conclusions of law **no later than ten days from the date they are filed by the trial court**.

Appellant is ORDERED to file his brief **no later than twenty days after the supplemental clerk's record is filed**. FURTHER REQUESTS FOR AN EXTENSION OF TIME WILL NOT BE GRANTED.

_____
Lori I. Valenzuela, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of March, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court